| AO 10 Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Gadola, Paul V | 2. Court or Organization U.S. District Court, EDM | 3. Date of Report 05/15/2007 |
|---|---|---|

**4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

U.S. District Judge

**5a. Report Type** (check appropriate type)

☐ Nomination,  Date

☐ Initial  ☒ Annual  ☐ Final

**5b.** ☐ Amended Report

**6. Reporting Period**

01/01/2006
to
12/31/2006

**7. Chambers or Office Address**

600 Church Street
Flint, Michigan 48502

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date_____

---

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Directors | The Inc. Society of Irish/American Lawyers |
| 2. Member, Board of Directors | Old Newsboys of Greater Flint |
| 3. Member, Board of Directors | Mackinac Center for Public Policy |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 JUL -3 A 11: 37 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gadola, Paul V | 05/15/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

/II. Page 1    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seprate ownership by spouse. "(DC)" or ownership by dependent child.<br><br>Place an "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| **REAL ESTATE** | | | | | | | | | |
| ½ Int. Genesee Twp, MI | | None | K | W | | | | | |
| ⅓ Int. Iosco County, MI | | None | K | W | | | | | |
| **CHECKING ACCTS** | | | | | | | | | |
| Fifth Third Bank, Flint, MI | | None | J | T | | | | | |
| Standard Federal Savings, Flint, MI | | None | J | T | | | | | |
| Standard Federal Savings, Flint, MI | A | Interest | K | T | | | | | |
| Standard Federal Savings, Flint, MI | A | Interest | J | T | | | | | |
| **SAVINGS ACCTS** | | | | | | | | | |
| Bank One, FKA NBD, Flint, MI | A | Interest | K | T | | | | | |
| Citizens Comm & Savings, Flint, MI | A | Interest | K | T | | | | | |
| 5ᵗʰ 3ʳᵈ FKA Old Kent Bank, Grand Blanc, MI ▇ | A | Interest | J | T | | | | | |
| **PAUL V. GADOLA** | | | | | | | | | |
| Bankatlantic Bancorp Inc (stock) | A | Dividend | L | T | | | | | |
| Centennial Government Tr (MM) | E | Dividend | O | T | | | | | |
| Chemical Financial (stock) | A | Dividend | K | T | | | | | |
| Citizens Fed Savings (CDs) | A | Interest | J | T | | | | | |
| Five Star Quality Care (stock) | | None | J | T | | | | | |
| Genesee Cnty MI Bldg Auth-Refunding-Book Entry (bond) | B | Interest | | | Redeem | 05/01 | K | None | |
| HRPT Properties Trust (stock) | A | Dividend | J | T | | | | | |

Inc/Gain Codes: A=1,000 or less          B=$1,001-$2,500          C=2,501-$5,000          D=$5,001-$15,000          E=$15,001-$50,000
(Col B1, D4)    F=$50,000-$100,000    G=$100,001-1,000,000    H=$1,000,001-$5,000,000    H2=$5,000,001 or more

Val Codes: J=$15,000 or less          K=$15,001-$50,000          L=$50,001-100,000          M=$100,001-$250,000          N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000    P1= $ 1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

Val Mth Codes: Q=Appraisal          R=Cost (real estate only)          S=Assessment          T=Cash/Market
(Col C2)          U=Book Value          V=Other          W=Estimate

| | Name of Person Reporting<br>Paul V. Gadola | | | Date of Report<br>06/22/2007 |
|---|---|---|---|---|

II. Page 2    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse.  "(DC)" for ownership by dependent child.<br><br>Place an "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g. , buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 21 | Healthcare Realty Trust Inc (stock) | B | Dividend | K | T | | | | | |
| 22 | Howell MI Pub Schs-General Obligation (bond) | D | Dividend | | | Redeem | 05/01 | L | None | |
| 23 | Kimco Realty Corp, fka  PanPacific Retail Pptys Inc, (stock) | A | Dividend | J | T | | | | | |
| 24 | Levitt Corp Fla (stock) | A | Dividend | K | T | | | | | |
| 25 | Liberty Property Trust (stock) | D | Dividend | M | T | | | | | |
| 26 | Mich HSG Dev Auth Rental HSG Rev (bond) | B | Interest | K | T | | | | | |
| 27 | National City Corp (stock) | B | Dividend | K | T | | | | | |
| 28 | Nationwide Health Properties (stock) | B | Dividend | K | T | | | | | |
| 29 | Petroleum & Resources Corp (stock) | E | Dividend | M | T | | | | | |
| 30 | Republic Bancorp Inc (stock) | B | Dividend | K | T | | | | | |
| 31 | Republic Bank (CD) | C | Interest | K | T | | | | | |
| 32 | Senior Housing PPTYS Trust (stock) | A | Dividend | J | T | | | | | |
| 33 | Sovran Self Storage Inc (stock) | B | Dividend | K | T | | | | | |
| 34 | Sun Communities Inc (stock) | B | Dividend | K | T | | | | | |
| 35 | **IRA #1** | | None | N | T | | | | | |
| 36 | AIM VIF Health Sciences (Mut Fund) | | | | | Sell | 12/1 | J | None | |
| 37 | AIM VIF Technology (Mut Fund) | | | | | Sell | 12/1 | J | None | |
| 38 | Fidelity VIP III Contrafund (Mut Fund) | | | | | Sell | 12/1 | K | None | |
| 39 | Janus Aspen Forty (Mut Fund) | | | | | Sell | 12/1 | K | None | |
| 40 | Janus Aspen Worldwide Growth (Mut Fund) | | | | | Sell | 12/1 | K | None | |

Inc/Gain Codes: A=1,000 or less          B=$1,001-$2,500          C=2,501-$5,000          D=$5,001-$15,000          E=$15,001-$50,000
(Col B1, D4)          F=$50,000-$100,000          G=$100,001-1,000,000          H=$1,000,001-$5,000,000          H2=$5,000,001 or more

Val Codes: J=$15,000 or less          K=$15,001-$50,000          L=$50,001-100,000          M=$100,001-250,000          N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000          P1= $ 1,000,001-$5,000,000          P2=$5,000,001-$25,000,000          P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

Val Mth Codes:  Q=Appraisal          R=Cost (real estate only)          S=Assessment          T=Cash/Market
(Col C2)          U=Book Value          V=Other          W=Estimate

| 2006 FINANCIAL DISCLOSURE REPORT | Name of Person Reporting Paul V. Gadola | Date of Report 06/22/2007 |
|---|---|---|

VII. Page 3    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child. Place an "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 41 Janus Aspen Balanced (Mut Fund) | | | | | Sell | 12/1 | L | None | |
| 42 Opp Aggressive Growth (Mut Fund) | | | | | Sell | 12/1 | K | None | |
| 43 Opp Global Securities (Mut Fund) | | | | | Sell | 12/1 | K | None | |
| 44 Opp Main Street Growth & Income (Mut Fund) | | | | | Sell | 12/1 | K | None | |
| 45 T Rowe Price Mid-Cap Growth (Mut fund) | | | | | Sell | 12/1 | K | None | |
| 46 **IRA #2** | | None | K | T | | | | | |
| 47 T Rowe Price Mid-Cap Growth (Mut fund) | | | | | Partial Sale | 12/1 | J | None | |
| 48 American Century VP Value (Mut fund) | | | | | Partial Sale | 12/1 | J | None | |
| 49 Opp Capital Appreciation(Mut Fund) | | | | | Partial Sale | 12/1 | J | None | |
| 50 Opp Main Street G&I (Mut Fund) | | | | | Partial Sale | 12/1 | J | None | |
| 51 Janus Aspen Balanced (Mut Fund) | | | | | Sale | 4/28 | J | None | |
| 52 Babson Blend (Mut Fund) | | | | | Buy | 4/28 | J | | |
| 53 **Trust #1** | C | Int & Div | N | T | | | | | |
| 54 3M Comapny (stock) | | | | | Buy | 03/21 | J | | |
| 55 3M Comapny (stock) | | | | | Buy | 07/25 | J | | |
| 56 3M Comapny (stock) | | | | | Buy | 10/09 | J | | |
| 57 Anheuser Busch Co (stock) | | | | | | | | | |
| 58 Astronics Corp (stock) | | | | | Sell | 06/05 | J | D | |
| 59 Avery Dennison Corp (stock) | | | | | | | | | |
| 60 Briggs & Stratton | | | | | Buy | 03/20 | J | | |

Inc/Gain Codes: A=1,000 or less    B=$1,001-$2,500    C=2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col B1, D4)    F=$50,000-$100,000    G=$100,001-1,000,000    H=$1,000,001-$5,000,000    H2=$5,000,001 or more

Val Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000    P1= $ 1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

Val Mth Codes:    Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(col C2)    U=Book Value    V=Other    W=Estimate

/II. Page 4    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" or ownership by dependent child.<br><br>Place an "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g. , buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) | |
| 61 | Briggs & Stratton | | | | | Buy | 07/12 | J | | |
| 62 | Briggs & Stratton | | | | | Buy | 10/20 | J | | |
| 63 | CDI Corp (stock) | | | | | | | | | |
| 64 | CDW Corp (stock) | | | | | Buy | 10/19 | J | | |
| 65 | Charles Schwab US Treasury Money Market Fund (MM) | | | | | | | | | |
| 66 | Clark Inc (stock) | | | | | | | | | |
| 67 | Coca Cola (stock) | | | | | Buy | 10/24 | J | | |
| 68 | Colgate-Palmolive Co (stock) | | | | | | | | | |
| 69 | Dixie Group, Inc (stock) | | | | | | | | | |
| 70 | Dow Jones & Co., Inc (stock) | | | | | | | | | |
| 71 | DuPont El de Nemours & Co (stock) | | | | | | | | | |
| 72 | EMS Technologies, Inc (stock) | | | | | | | | | |
| 73 | Estee Lauder Co., Inc (stock) | | | | | | | | | |
| 74 | Fossil Inc (stock) | | | | | Buy | 02/03 | J | | |
| 75 | Fossil Inc (stock) | | | | | Buy | 03/01 | J | | |
| 76 | Gannett Co., Inc (stock) | | | | | Buy | 01/30 | J | | |
| 77 | Gannett Co., Inc (stock) | | | | | Buy | 01/31 | J | | |
| 78 | General Mills Inc (stock) | | | | | Buy | 04/06 | J | | |
| 79 | Graham Corp (stock) | | | | | Partial Sell | 09/06 | J | A | |
| 80 | Graham Corp (stock) | | | | | Sell | 09/20 | J | None | |
| 81 | Hutchinson Tech Inc (stock) | | | | | Buy | 0501 | J | | |
| 82 | Hutchinson Tech Inc (stock) | | | | | Buy | 06/13 | J | | |

Inc/Gain Codes: A=1,000 or less    B=$1,001-$2,500    C=2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
Col B1, D4)    F=$50,000-$100,000    G=$100,001-1,000,000    H=$1,000,001-$5,000,000    H2=$5,000,001 or more

Val Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-100,000    M=$100,001-$250,000    N=$250,001-$500,000
Col C1, D3) O=500,000-$1,000,000    P1= $ 1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

Val Mth Codes:    Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
col C2)    U=Book Value    V=Other    W=Estimate

| | 2006 FINANCIAL DISCLOSURE REPORT | Name of Person Reporting Paul V. Gadola | Date of Report 06/22/2007 |
|---|---|---|---|

VII. Page 5    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets<br><br>Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seprate ownership by spouse.  "(DC)" for ownership by dependent child.<br><br>Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. , buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 83 Hutchinson Tech Inc (stock) | | | | | Buy | 07/06 | J | | |
| 84 Illinois Tool Works, Inc (stock) | | | | | Buy | 10/19 | J | | |
| 85 Imation Corp (stock) | | | | | Buy | 063/12 | J | | |
| 86 Kaman Corp (stock) | | | | | | | | | |
| 87 Kellwood Co (stock) | | | | | Buy | 01/17 | J | | |
| 88 Kimberly-Clark Corp (stock) | | | | | | | | | |
| 89 Leggett & Platt Inc (stock) | | | | | Buy | 10/25/05 | J | | Omitted from 2005 Report |
| 90 Manpower, Inc. (Stock) | | | | | Partial Sell | 06/06 | J | C | |
| 91 Manpower, Inc. (Stock) | | | | | Sell | 08/03 | J | B | |
| 92 Marsh & McLennan Co., Inc (stock) | | | | | Buy | 06/19 | J | | |
| 93 Marsh & McLennan Co., Inc (stock) | | | | | Buy | 08/04 | J | | |
| 94 Marsh & McLennan Co., Inc (stock) | | | | | Buy | 10/06 | J | | |
| 95 Microsoft Corp (stock) | | | | | Buy | 01/25 | J | | |
| 96 Microsoft Corp (stock) | | | | | Buy | 0428 | J | | |
| 97 Microsoft Corp (stock) | | | | | Buy | 05/08 | J | | |
| 98 Microsoft Corp (stock) | | | | | Buy | 05/11 | J | | |
| 99 Microsoft Corp (stock) | | | | | Buy | 06/13 | J | | |
| 100 Newell Rubbermaid, Inc. (stock) | | | | | | | | | |
| 101 Paxar Corp (stock) | | | | | Buy | 03/15 | J | | |
| 102 Pfizer Inc (stock) | | | | | | | | | |
| 103 Powell Industries Inc (stock) | | | | | Sell | 11/06 | J | B | |
| 104 Robbins & Meyers, Inc (stock) | | | | | Sell | 11/06 | J | D | |

| Inc/Gain Codes: | A=1,000 or less | B=$1,001-$2,500 | C=2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| Col B1, D4) | F=$50,000-$100,000 | G=$100,001-1,000,000 | H=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| Col C1, D3) | O=500,000-$1,000,000 | P1=$ 1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| col C2) | U=Book Value | V=Other | W=Estimate | |

VII. Page 6    INVESTMENT and TRUSTS – income, value, transactions    *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 105  SPX Corp (stock) | | | | | Partial Sell | 06/30 | J | B | |
| 106  SPX Corp (stock) | | | | | Sell | 08/16 | J | B | |
| 107  Seagate Technology (stock) | | | | | | | | | |
| 108  Talbots Inc (stock) | | | | | Buy | 11/07 | J | | |
| 109  Talbots Inc (stock) | | | | | Buy | 1114 | J | | |
| 110  U.S. Treasury Bill 0.0 % due 03/02/06 | | | | | Redeem | 03/02 | K | A | |
| 111  U.S. Treasury Bill 0.0 % due 03/02/06 | | | | | Redeem | 01/23 | K | A | |
| 112  U.S. Treasury Note 4.0 % due 02/15/15 | | | | | Redeem | 5/15 | K | None | |
| 113  U.S. Treasury Note N/B 3.5 % due 2/15/10 | | | | | Redeem | 10/20 | J | None | |
| 114  U.S. Treasury Note N/B 4.0 % due 2/15/15 | | | | | Redeem | 5/15 | K | None | |
| 115  U.S. Treasury Strips  5/15/30 | | | | | | | | | |
| 116  U.S. Treasury Strips  5/15/30 | | | | | | | | | |
| 117  USEC, Inc (stock) | | | | | Buy | 0210 | J | | |
| 118  USEC, Inc (stock) | | | | | Buy | 09/15 | J | | |
| 119  WP Stewart & Co Ltd (stock) | | | | | Buy | 11/07 | J | | |
| 120  WW Grainger Inc (stock) | | | | | | | | | |
| 121  Wal-Mart Stores, Inc. (Stock) | | | | | | | | | |
| 122  Woodhead Industries Inc (stock) | | | | | Buy | 02/09 | J | | |
| 123  Woodhead Industries Inc (stock) | | | | | Sell | 08/08 | J | A | |

Inc/Gain Codes: A=1,000 or less    B=$1,001-$2,500    C=2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
Col B1, D4)    F=$50,000-$100,000    G=$100,001-1,000,000    H=$1,000,001-$5,000,000    H2=$5,000,001 or more

Val Codes:  J=$15,000 or less    K=$15,001-$50,000    L=$50,001-100,000    M=$100,001-$250,000    N=$250,001-$500,000
Col C1, D3) O=500,000-$1,000,000    P1=$ 1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

Val Mth Codes:  Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
Col C2)    U=Book Value    V=Other    W=Estimate

| Name of Person Reporting<br>Paul V. Gadola | Date of Report<br>06/22/2007 |
|---|---|

II. Page 7    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>escription of Assets<br><br>*idicate where applicable owner of he asset by using the parenthetical 'J)" for joint ownership of reporting idividual and spouse, "(S)" for sep-·ate ownership by spouse. "(DC)" r ownership by dependent child.*<br><br>*'ace an "(X)" after each asset :empt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g. , buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 124  **Trust #2** ■(Previously Trust #3) | F | Div & Int | P1 | T | | | | | |
| 125  Centennial Government Tr (MM) | | | | | | | | | |
| 126  Howell, MI Pub Schs  (bond) | | | | | Sell | 05/01 | L | None | |
| 127  Health Care Reit Inc (stock) | | | | | | | | | |
| 128  Inergy (LtdP) | | | | | | | | | |
| 129  JP Morgan Chase & Co.,  formerly Bank One Corp (stock) | | | | | | | | | |
| 130  Kimco Realty Corp, fka PanPacific Retail Pptys Inc (stock) | | | | | | | | | |
| 131  Liberty Property Trust (stock) | | | | | | | | | |
| 132  Michigan HSG Dev Auth-Rental (bond) | | | | | | | | | |
| 133  National City Corp (stock) | | | | | | | | | |
| 134  Oakland Cnty MI Bldg Auth-Lyons Oaks (bond) | | | | | | | | | |
| 135  Petroleum & Resources Corp (stock) | | | | | | | | | |
| 136  Plains All Amern Pipeline (LtdP) | | | | | | | | | |
| 137  Sovran Self Storage Inc (stock) | | | | | | | | | |
| 138  Suburban Propane Partners (LtdP) | | | | | | | | | |
| 139  Taubman Centers, Inc (stock) CUM Redeemable Preferred | | | | | Sell | 05/18 | K | A | |
| 140  Valero LtdP, | | | | | | | | | |
| 141  **Trust #3** ■(previously Trust #4) | D | Div & Int | N· | T | | | | | |
| 142  3M Company (stock) | | | | | Buy | 03/21 | J | | |

nc/Gain Codes: A=1,000 or less       B=$1,001-$2,500       C=2,501-$5,000       D=$5,001-$15,000     E=$15,001-$50,000
·ol B1, D4)    F=$50,000-$100,000     G=$100,001-1,000,000    H=$1,000,001-$5,000,000    H2=$5,000,001 or more

Val Codes:   J=$15,000 or less      K=$15,001-$50,000      L=$50,001-100,000    M=$100,001-$250,000    N=$250,001-$500,000
·ol C1, D3) O=500,000-$1,000,000    P1= $ 1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

Val Mth Codes:  Q=Appraisal       R=Cost (real estate only)      S=Assessment        T=Cash/Market
·ol C2)         U=Book Value      V=Other                        W=Estimate

VII. Page 8    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.* *Place an "(X)" after each asset exempt from prior disclosure.* | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 143  3M Company (stock) | | | | | Buy | 07/25 | J | | |
| 144  3M Company (stock) | | | | | Buy | 10/06 | J | | |
| 145  Ampco-Pittsburgh (stock) | | | | | Partial Sell | 02/10 | J | A | |
| 146  Ampco-Pittsburgh (stock) | | | | | Sell | 04/06 | J | B | |
| 147  Anheuser Busch Co (stock) | | | | | | | | | |
| 148  Astec Industries (stock) | | | | | Partial Sell | 02/21 | J | B | |
| 149  Astec Industries (stock) | | | | | Partial Sell | 04/20 | J | B | |
| 150  Astec Industries (stock) | | | | | Sell | 10/20 | J | B | |
| 151  Automatic Data Processing Inc (stock) | | | | | Buy | 10/13 | J | | |
| 152  Avery Dennison Corp | | | | | | | | | |
| 153  Briggs & Stratton Corp (stock) | | | | | Buy | 03/21 | J | | |
| 154  Briggs & Stratton Corp (stock) | | | | | Buy | 07/12 | J | | |
| 155  Briggs & Stratton Corp (stock) | | | | | Buy | 10/19 | J | | |
| 156  Charles Schwab US Treasury Money Market Fund (MM) | | | | | | | | | |
| 157  CDI Corp (stock) | | | | | | | | | |
| 158  CDW Corporation (stock) | | | | | Buy | 10/19 | J | | |
| 159  CPI Corp (stock) | | | | | Partial Sell | 08/17 | J | C | |
| 160  CPI Corp (stock) | | | | | Partial Sell | 09/20 | J | C | |
| 161  CPI Corp (stock) | | | | | Partial Sell | 10/05 | J | C | |
| 162  Clark Inc (stock) | | | | | | | | | |
| 163  Coca Cola Co (stock) | | | | | Buy | 10/24 | J | | |
| 164  Colgate-Palmolive Co (stock) | | | | | Buy | 01/20 | J | | |

Inc/Gain Codes: A=1,000 or less   B=$1,001-$2,500   C=2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
Col B1, D4)   F=$50,000-$100,000   G=$100,001-1,000,000   H=$1,000,001-$5,000,000   H2=$5,000,001 or more

Val Codes:  J=$15,000 or less   K=$15,001-$50,000   L=$50,001-100,000   M=$100,001-$250,000   N=$250,001-$500,000
Col C1, D3) O=500,000-$1,000,000   P1= $ 1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

Val Mth Codes:  Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
col C2)   U=Book Value   V=Other   W=Estimate

| Name of Person Reporting | Date of Report |
|---|---|
| Paul V. Gadola | 06/22/2007 |

VII. Page 9     INVESTMENT and TRUSTS – income, value, transactions      *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets  Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.  Place an "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 165 | Dow Jones & Co., Inc (stock) | | | | | | | | | |
| 166 | DuPont El de Nemours & Co (stock) | | | | | | | | | |
| 167 | Eastman Kodak Co (stock) | | | | | | | | | |
| 168 | ElkCorp (stock) | | | | | Buy | 10/27 | J | | |
| 169 | Estee Lauder Co., Inc (stock) | | | | | | | | | |
| 170 | Fossil Inc (stock) | | | | | Buy | 02/03 | J | | |
| 171 | Fossil Inc (stock) | | | | | Buy | 03/07 | J | | |
| 172 | Gannett Co., Inc (stock) | | | | | Buy | 01/27 | J | | |
| 173 | Gannett Co., Inc (stock) | | | | | Buy | 03/20 | J | | |
| 174 | Gannett Co., Inc (stock) | | | | | Buy | 10/13 | J | | |
| 175 | General Mills Inc (stock) | | | | | Buy | 04/06 | J | | |
| 176 | Great Lakes Chemical Corp (stock) | | | | | | | | | |
| 177 | Hutchinson Tech Inc (stock) | | | | | Buy | 05/01 | J | | |
| 178 | Hutchinson Tech Inc (stock) | | | | | Buy | 06/13 | J | | |
| 179 | Hutchinson Tech Inc (stock) | | | | | Buy | 07/10 | J | | |
| 180 | Illinois Tool Works Inc (stock) | | | | | Buy | 10/19 | J | | |
| 181 | Imation Corp (stock) | | | | | Buy | 06/12 | J | | |
| 182 | Japan Smaller Cap Fund, Inc | | | | | Sell | 08/10 | J | A | |
| 183 | Kellwood Co (stock) | | | | | Buy | 01/17 | J | | |
| 184 | Kimberly-Clark Corp (stock) | | | | | | | | | |
| 185 | Layne Christensen Co (stock) | | | | | Partial Sell | 02/15 | J | C | |
| 186 | Layne Christensen Co (stock) | | | | | Partial Sell | 04/20 | J | C | |
| 187 | Layne Christensen Co (stock) | | | | | Partial Sell | 05/31 | J | A | |

Inc/Gain Codes:  A=1,000 or less          B=$1,001-$2,500          C=2,501-$5,000          D=$5,001-$15,000      E=$15,001-$50,000
Col B1, D4)      F=$50,000-$100,000      G=$100,001-1,000,000      H=$1,000,001-$5,000,000      H2=$5,000,001 or more

Val Codes:  J=$15,000 or less          K=$15,001-$50,000      L=$50,001-100,000      M=$100,001-$250,000      N=$250,001-$500,000
Col C1, D3) O=500,000-$1,000,000  P1= $ 1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

Val Mth Codes:  Q=Appraisal          R=Cost (real estate only)          S=Assessment          T=Cash/Market
col C2)          U=Book Value      V=Other          W=Estimate

| | 2006 FINANCIAL DISCLOSURE REPORT | Name of Person Reporting Paul V. Gadola | Date of Report 06/22/2007 |
| --- | --- | --- | --- |

VII. Page 10    INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets *Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.* *Place an "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188 Layne Christensen Co (stock) | | | | | Sell | 08/17 | J | B | |
| 189 Manpower, Inc. (Stock) | | | | | Partial Sell | 06/06 | J | B | |
| 190 Manpower, Inc. (Stock) | | | | | Sell | 08/03 | J | B | |
| 191 Marsh & McLennan Co., Inc | | | | | Buy | 06/20 | J | | |
| 192 Marsh & McLennan Co., Inc | | | | | Buy | 08/04 | J | | |
| 193 Marsh & McLennan Co., Inc | | | | | Buy | 10/06 | J | | |
| 194 Maxwell Technologies Inc (stock) | | | | | Partial Sell | 05/23 | J | A | |
| 195 Maytag Corp (stock) | | | | | Sell | 04/04 | J | None | |
| 196 Microsoft Corp (stock) | | | | | Buy | 01/25 | J | | |
| 197 Microsoft Corp (stock) | | | | | Buy | 04/28 | J | | |
| 198 Microsoft Corp (stock) | | | | | Buy | 05/08 | J | | |
| 199 Microsoft Corp (stock) | | | | | Buy | 05/11 | J | | |
| 200 Microsoft Corp (stock) | | | | | Buy | 06/13 | J | | |
| 201 Myers Industries (stock) | | | | | Sell | 06/05 | J | B | |
| 202 Newell Rubbermaid, Inc. (stock) | | | | | | | | | |
| 203 Pfizer Inc (stock) | | | | | Buy | 0622 | J | | |
| 204 Readers Digest Assoc Inc (stock) | | | | | | | | | |
| 205 Robbins & Meyers, Inc (stock) | | | | | Sell | 11/07 | J | C | |
| 206 SPX Corp (stock) | | | | | Partial Sell | 06/30 | J | B | |
| 207 SPX Corp (stock) | | | | | Sell | 08/14 | J | B | |
| 208 Seagate Technology (stock) | | | | | Buy | 10/06 | J | | |
| 209 Sonoco Products Co (stock) | | | | | Sell | 08/09 | J | A | |
| 210 Talbots Inc (stock) | | | | | Buy | 11/06 | J | | |

Inc/Gain Codes: A=1,000 or less    B=$1,001-$2,500    C=2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col B1, D4)    F=$50,000-$100,000    G=$100,001-1,000,000    H=$1,000,001-$5,000,000    H2=$5,000,001 or more

Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000    P1= $ 1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

Val Mth Codes:    Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(col C2)    U=Book Value    V=Other    W=Estimate

VII. Page 11     INVESTMENT and TRUSTS – income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse. "(DC)" for ownership by dependent child.*<br><br>*Place an "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 211 | U.S. Treasury Note 4.0 % due 02/15/15 | | | | | Redeem | 07/20 | K | None | |
| 212 | U.S. Treasury Note N/B 3.5 % due 2/15/10 | | | | | Redeem | 04/10 | J | None | |
| 213 | U.S. Treasury Note N/B 4.0 % due 2/15/15 | | | | | Redeem | 10/20 | J | nONE | |
| 214 | U.S. Treasury Strips #1  5/15/30 | | | | | | | | | |
| 215 | U.S. Treasury Strips #1  5/15/30 | | | | | | | | | |
| 216 | U.S. Treasury Strips #2  5/15/30 | | | | | | | | | |
| 217 | U.S. Treasury Strips  5/15/30 | | | | | Buy | 04/06 | K | | |
| 218 | USEC Inc (stock) | | | | | Buy | 02/13 | J | | |
| 219 | USEC Inc (stock) | | | | | Buy | 08/16 | J | | |
| 220 | WP Stewart & Co Ltd (stock) | | | | | Buy | 12/01 | J | | |
| 221 | WW Grainger Inc (stock) | | | | | | | | | |
| 222 | Wal-Mart Stores, Inc. (Stock) | | | | | Buy | 10/13 | J | | |
| 223 | Whirlpool | | | | | Buy | 04/06 | J | | |
| 224 | | | | | | | | | | |
| 225 | | | | | | | | | | |
| 226 | | | | | | | | | | |
| 227 | | | | | | | | | | |
| 228 | | | | | | | | | | |
| 229 | | | | | | | | | | |
| 230 | | | | | | | | | | |
| 231 | | | | | | | | | | |

Inc/Gain Codes: A=1,000 or less        B=$1,001-$2,500        C=2,501-$5,000        D=$5,001-$15,000      E=$15,001-$50,000
(Col B1, D4)      F=$50,000-$100,000    G=$100,001-1,000,000   H=$1,000,001-$5,000,000    H2=$5,000,001 or more

Val Codes:  J=$15,000 or less      K=$15,001-$50,000      L=$50,001-100,000      M=$100,001-$250,000     N=$250,001-$500,000
(Col C1, D3) O=500,000-$1,000,000  P1= $ 1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

Val Mth Codes:   Q=Appraisal        R=Cost (real estate only)      S=Assessment        T=Cash/Market
(col C2)        U=Book Value       V=Other                W=Estimate

| Name of Person Reporting | Date of Report |
|---|---|
| Gadola, Paul V | 05/15/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____   Date___June 28, 2007___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544